# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**CARPENTERS LOCAL 140 PENSION
FUND, et al.,**

    **Plaintiffs,**

v.                                                                                                  Case No. 8:05-CV-2202-T-17EAJ

**TIMOTHY PHILLIPS and KATRICIA
PHILLIPS d/b/a Phillips Creative
Installations**,

    **Defendants.**
_____/

## ORDER

    Before the court is Plaintiffs' **Motion to Compel** (Dkt. 7), filed July 10, 2006. Defendants have not filed a response as of the date of this order and the period for responding has elapsed. See Local Rule 3.01(b), M.D. Fla.

    Plaintiffs state that they served requests for production on Defendants on or about March 21, 2006, and have received no response. Plaintiffs contend that on May 25, 2006, they noticed Defendants' depositions to be taken on June 20, 2006, and again requested production of documents. Plaintiffs assert that Defendants did not respond and failed to appear for their depositions. Plaintiffs now ask that Defendants be ordered to respond to the requests for production and appear for deposition at the offices of Plaintiffs' counsel on August 17, 2006 at 11:00 a.m. As noted above, Defendants have not responded or objected to the motion to compel or the relief sought therein.

    It is therefore **ORDERED** and **ADJUDGED**:

(1)    Plaintiffs' **Motion to Compel** (Dkt. 7) is **GRANTED**. Defendants shall appear for deposition and produce the requested documents on August 17, 2006 at 11:00 a.m. at the

offices of W. Eric Venable, P.A., 7402 North 56th Street, Suite 380, Tampa, Florida 33617.

**DONE** and **ORDERED** in Tampa, Florida this 1st day of August, 2006.

                              *[signature]*
                              ELIZABETH A JENKINS
                              United States Magistrate Judge